UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Clarence Spurlock,<br>    Plaintiff,<br><br>-v-<br><br>Richard Fuller, et al,<br>    Defendant. | No. 1:16-cv-1304<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the order entered on this date (ECF No. 36), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  June 13, 2017                  /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge